```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 21724
    SHIRLEY A NEASMAN
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9015


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/19/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 12/22/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
SANTANDER CONSUMER USA     SECURED VEHIC    7800.00             .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED        7821.16             .00           .00
US AUTO TITLE LENDERS      SECURED NOT I    3641.42             .00           .00
SANTANDER CONSUMER USA     UNSECURED        3503.37             .00           .00
ADVOCATE CHRIST MEDICAL    NOTICE ONLY     NOT FILED            .00           .00
ADVOCATE MSO SERVICES      NOTICE ONLY     NOT FILED            .00           .00
ASSET ACCEPTANCE LLC       UNSECURED       NOT FILED            .00           .00
COMED                      NOTICE ONLY     NOT FILED            .00           .00
DRIVE FINANCIAL SERVICES   NOTICE ONLY     NOT FILED            .00           .00
ECAST SETTLEMENT CORP      UNSECURED       NOT FILED            .00           .00
HOUSEHOLD BANK             UNSECURED       NOT FILED            .00           .00
ILLINOIS DEPT OF HUMAN S   UNSECURED       NOT FILED            .00           .00
NATIONAL QUICK CASH        NOTICE ONLY     NOT FILED            .00           .00
OAKLAWN RADIOLOGY IMAGIN   NOTICE ONLY     NOT FILED            .00           .00
ROBERT J SEMRAD & ASSOCI   UNSECURED       NOT FILED            .00           .00
TIMOTHY K LIOU             UNSECURED       NOT FILED            .00           .00
US AUTO TITLE LENDERS      UNSECURED       NOT FILED            .00           .00
ERNESTO D BORGES JR        DEBTOR ATTY     3,500.00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                         --------------         --------------
TOTALS                         .00                        .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 21724 SHIRLEY A NEASMAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE